

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-30-2005

# USA v. Sicenavage

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3095

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Sicenavage" (2005). *2005 Decisions*. Paper 198.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/198

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 7, 2005

No. 04-3095

United States of America
v.
Leonard J. Sicenavage, Appellant

(Eastern District of Pennsylvania(D.C.#03-cr-00370)

Present:  SCIRICA, Chief Judge, VAN ANTWERPEN and COWEN, Circuit Judges

1.  Motion by Appellant to Vacate Remand Order and for Voluntary Dismissal of Appeal Pursuant to F.R.A.P. 42(b).

2.  Appellee's Response to Appellant's Motion to Vacate Remand Order and for Voluntary Dismissal of Appeal.

/s/ Carmella L. Wells
Carmella L. Wells 267-299-4928
Case Manager

Opinion and Judgment issued on 10/31/05
Mandate due to issue on 11/22/05

_____ **O R D E R** _____

After consideration of appellant's motion to vacate remand order and for voluntary dismissal of the appeal pursuant to F.R.A.P. 42(b) and appellee's response thereto, it is ordered that the opinion and judgment filed October 31, 2005, is vacated and the foregoing appeal is dismissed pursuant to F.R.A.P. 42(b).

By the Court,

/s/ Anthony J. Scirica
Chief Judge

Dated: November 30, 2005